In the Matter of the Application of PATRICK J. MURPHY, Appellant, for an Order of Mandamus against FRANCIS SOUHAN, as Mayor, HOWARD W. CARDWELL and Others, as Trustees of the Village of Seneca Falls, All Constituting the Village Board, etc., Respondents.— Order affirmed, with costs. All concur. (The order denies application for mandamus to compel petitioner's reinstatement as policeman.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

HOWARD E. MOAK, Respondent, v. RAYMOND C. SNELL, Appellant, and ORILLA SNELL, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $125, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: We are of the opinion that the verdict of the jury in so far as it finds that the plaintiff was entitled to wages at the rate of twenty-five dollars a month besides his board and lodging for eighteen months is against the weight of the evidence so far as it relates to the last twelve months of such period. All concur. (The judgment awarded damages for balance claimed due in wages as a farm laborer. The order denied a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND SEYMOUR, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Administrator, etc., of OSCAR W. BUMP, Deceased, and Others, Respondents, v. HILLSIDE COAL AND IRON COMPANY, Appellant.— Order modified and as modified affirmed, without costs. All concur. 'The order authorizes an examination of employees and records of defendant before trial in an action for an accounting.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE CITY OF BUFFALO, Appellant, v. HENRY SMITH and H. A. HITCHCOCK, Respondents.— Judgment and order affirmed, with costs. All concur. The judgment reverses a Justice's Court judgment in favor of defendants in an action to recover possession of two cows. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.